UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY BOWEN,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 87-70642
Honorable Laurie J. Michelson

## ORDER OF DISMISSAL

Jeffery Bowen filed two documents in September 2018 in connection with a case that had been closed back in 1987. (ECF Nos. 1, 2.) Because neither document allowed the Court to discern any basis for subject-matter jurisdiction, the Court ordered Bowen to provide more information or explanation, in writing, no later than November 22, 2018. (ECF No. 3.) Bowen has not responded.

Federal courts are courts of "limited jurisdiction," and "may exercise only those powers authorized by the Constitution and statute." *Fisher v. Peters*, 249 F.3d 433, 444 (6th Cir. 2001). Subject-matter jurisdiction covers claims "arising under the Constitution, laws, or treaties of the United States," 28 U.S.C. § 1331, as well as "all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between [] citizens of different States," 28 U.S.C. § 1332. And before taking any action, federal courts may, sua sponte, ensure they have subject-matter jurisdiction over a case or controversy. *See Arbaugh v. Y & H Corp.*, 546 U.S. 500, 506 (2006); *Wisconsin Dep't of Corr. v. Schacht*, 524 U.S. 381, 389 (1998).

In Bowen's case, the cryptic filings do not identify any federal question nor does Bowen allege facts sufficient to plead diversity jurisdiction. And he has not responded to the Court's

request to provide more information. Thus, the Court finds that it lacks subject-matter jurisdiction.

Accordingly, Bowen's case is dismissed.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: February 1, 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, February 1, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz
Case Manager